IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARVELLI | : | CIVIL ACTION |
| v. | : | |
| LEHIGH VALLEY HOSPITAL-MUHLENBERG | : | 02-cv-2646 |

## NOTICE

A hearing will be held on Defendant's Motion to Dismiss on Friday, October 18, 2002 at 2:00 p.m. with the Honorable Michael M. Baylson. Please call Chambers at 267.299.7520 for the Courtroom assignment on October 17, 2002.

                                              Lynn Meyer
                                              Deputy Clerk to Judge Baylson
                                              267.299.7521

cc:    Georgine Olexa, Esquire (mail)
        Paul Hensel, Esquire (mail)

O:\Notices\Marvelli v. Lehigh Valley Hos. 02-2646 - notice hearing.wpd