# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARVELLI | : | CIVIL ACTION |
| v. | : | |
| LEHIGH VALLEY HOSPITAL-MUHLENBERG | : | 02-cv-2646 |

## ORDER

AND NOW, this         day of October, 2002, the Plaintiff not having filed a timely response to Defendant's Motion to Dismiss the Complaint, the Court having scheduled a hearing for October 18, 2002, and counsel having requested a telephone conference which took place on October 16, 2002, wherein Plaintiff's counsel apologized for his failure to file a timely response to the Motion to Dismiss and requested additional time, the Court, in the interest of justice, will give Plaintiff until October 31, 2002 to file a response to the Motion to Dismiss. No further extensions will be granted, and if no response is filed, the Motion to Dismiss will be granted as unopposed.

BY THE COURT:

Michael M. Baylson, U.S.D.J.

O:\Orders\Marvelli v. Lehigh Hos. 02-2646.wpd